# United States Court of Appeals for the Federal Circuit

## <u>E R R A T A</u>

June 2, 2010

Appeal No. 2010-M920 <u>In Re Deutsche Bank</u>

Precedential Opinion (Writ of Mandamus Order)

Decided:       May 27, 2010

Page 6 of Opinion "Hrick" should be "Hricik"